Jody A. Corrales, Bar # 024869
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jac@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Patrick Rowland | Case No. 2:11-cv-01561-GMS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Commercial Recovery Systems Incorporated, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:___/s/ Jody Corrales__
Jody A. Corrales, Bar # 024869
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
Jac@legalhelpers.com
*Attorney for Plaintiff*

Notice of Dismissal- 1

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Commercial Recovery Systems, Inc.
c/o Compliance Department
8035 E.R.L. Thornton, #220
Dallas, TX 75228

/s/ Jody Corrales